

**FILED**

JUN 14 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| CLIFFORD W. EAGLE,<br><br>  Plaintiff,<br><br>vs.<br><br>RICHARD F. CEBULL, MARCIA HURD, and STEVE BABCOCK,<br><br>  Defendants. | CV 13-70-BLG-SEH<br><br>ORDER |

United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendation[1] on May 23, 2013. Plaintiff filed objections on June 7, 2013.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 2.

[2] Document No. 5.

Upon *de novo* review of the record, I find no error in Magistrate Judge Ostby's Findings and Recommendation and adopt it in full.

ORDERED:

1. Eagle's Complaint[3] is DISMISSED.

2. The Clerk of Court is directed to enter a judgment of dismissal.

DATED this 14th day of June, 2013.

SAM E. HADDON
United States District Judge

---

[3] Document No. 1.