RECEIVED

MAR 20 '14

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS MONTANA

Sunday
March 16, 2014

Clifford W. Eagle
Haskell Co. Justice Ctr.
1304 E. Industrial Rd.
Stigler, OKLA 74462

To
U.S. District Court Clerk
2601 2nd AVE. N, Ste. 1200
Billings, MT 59101

U.S. Court Clerk
     I wish to address the U.S. Court Clerk
in my address change. Please from now on,
send all my legal mail to my sisters address
which is this ──→ Clifford W. Eagle
               % Wahalella Kay Eagle Sigsby
               2416 S.W. 30th Street
               Oklahoma City, OKLA 73119
     I appreciate your help in this change of
addresses. That is my correct mailing address
for all my legal mail and legal material.
               Thank You
New Address    Clifford W. Eagle
               % Wahalella Kay Eagle Sigsby
               2416 S.W. 30th Street
               Oklahoma City, OKLA 73119